## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MicroTechnologies, LLC | ) ASBCA No. 63089 |
| | ) |
| Under Contract No. FA4800-20-F-0327 | ) |

APPEARANCE FOR THE APPELLANT:    Lewis P. Rhodes, Esq.
    Reston Law Group
    Reston, VA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
    Deputy Chief Trial Attorney
    Maj Danelle McGinnis
    Trial Attorney

### ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 17, 2023

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63089, Appeal of MicroTechnologies, LLC, rendered in conformance with the Board's Charter.

Dated: January 17, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals